1-18-15

DEAR MS. CONNOR,

PLEASE FORWARD A COPY OF THIS LETTER TO THE 3-PANEL JUDGES AND ALSO PLEASE FILE THIS LETTER WITH YOUR COURT. IT IS CONCERNING ATTORNEY DORWIN J. WOLFE WHO WAS APPOINTED BY YOUR COURT TO HANDLE THE APPEAL ON MY CASE NO. 1:13-CR17 AND APPEAL NO. 14-4810. TODAY ON: 1-18-15 I CALLED ATTORNEY WOLFE'S OFFICE. HE ANSWERED THE PHONE AND THEN HUNG UP ON ME. A FAMILY MEMBER OF MINE SENT ME A FEW DOLLARS TO PUT ON MY PHONE ACCOUNT SO I COULD KEEP IN CONTACT WITH ATTORNEY WOLFE. THE PHONE WAS NOT COSTING MR. WOLFE ANY MONEY, THE CALL WAS ON ME. THIS IS NOT A PROFESSIONAL BEHAVIOR. I HAVE NOT BEEN PESTERING MR. WOLFE. I HAVE PUT FULL TRUST IN HIM, AS WELL AS COOPERATION. SINCE MR. WOLFE TOOK THIS CASE, HE HAS BEEN TOTALLY NEGATIVE TELLING ME THAT I WILL NOT WIN THE APPEAL. I TOLD HIM THAT DURING THE AUGUST 8TH 2014 HEARING, THAT I WAS ANSWERING YES AND NO TO THE JUDGE'S QUESTIONS, THROUGH THE GUIDANCE AND DIRECTIONS OF MY STAND-BY COUNSEL DUE TO MY MEDICAL PROBLEM I HAVE WITH MY RIGHT EAR. ALSO I TOLD MR. WOLFE, THAT I DID NOT UNDERSTAND FULLY OF THE COURT PROCEEDINGS. I DID NOT WAIVER MY RIGHTS FOR A PRE-SENTENCE INVESTIGATION TO BE DONE OR NOT TO BE DONE. I INFORMED MR. WOLFE OF THIS. MY NEXT STEP WITH THIS WILL BE TO THE STATE BAR. AGAIN PLEASE FILE THIS WITH YOUR COURT. I LOOK FORWARD TO YOUR RESPONSE ON THIS MATTER. THANK YOU FOR YOUR TIME.

SINCERELY,
Charles Adkins
CHARLES ADKINS