FILED: March 13, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4810

(1:13-cr-00017-IMK-JSK-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

CHARLES ADKINS

      Defendant - Appellant

_____

O R D E R

_____

The court grants the motion for leave to file supplemental material as an attachment to the appellant's brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk